CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
DOMINE MARITIME CORP.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOMINE MARITIME CORP.,

               Plaintiff,

        v.

FRIENDSHIP INTERNATIONAL
MANAGEMENT (SVG) INC., also known as
FRIENDSHIP INTERNATIONAL MANAGEMENT,
also known as FIM,
also known as FIM MIDDLE EAST,

               Defendant.
------------------------------------------------------------X

08 CV 1826 (LAP)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, DOMINE MARITIME CORP., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
       February 22, 2008

                                          CHALOS, O'CONNOR & DUFFY, LLP
                                          Attorneys for Plaintiff,
                                          DOMINE MARITIME CORP.

By: _____
                                          Owen F. Duffy (OD-3144)
                                          George E. Murray (GM-4172)
                                          366 Main Street
                                          Port Washington, New York 11050
                                          Tel: (516) 767-3600 / Fax: (516) 767-3605