CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
DOMINE MARITIME CORP.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINE MARITIME CORP.,

                Plaintiff,

       v.

FRIENDSHIP INTERNATIONAL
MANAGEMENT (SVG) INC., also known as
FRIENDSHIP INTERNATIONAL MANAGEMENT,
also known as FIM,
also known as FIM MIDDLE EAST,

                Defendant.
------------------------------------------------------------X

08 CV 1826 (LAP)

**NOTICE OF
VOLUNTARY
DISMISSAL**

        PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff, DOMINE MARITIME CORP., as to the Defendant, FRIENDSHIP INTERNATIONAL MANAGEMENT (SVG) INC., also known as FRIENDSHIP INTERNATIONAL MANAGEMENT, also known as FIM, also known as FIM MIDDLE EAST, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendant has appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
March 4, 2008

CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
DOMINE MARITIME CORP.

By: *(signature)*
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel: 516-767-3600
Telefax: 516-767-3605

**SO ORDERED:**

Dated: New York, New York
March 5, 2008

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

*(signature)*
LORETTA A. PRESKA, U.S.D.J.
Hon. Loretta A. Preska, U.S.D.J.

2